DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————————

KORI UGALDE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0188

————————————————————

August 21, 2024

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender, and Steven G. Mason, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

————————————————————

Opinion subject to revision prior to official publication.